# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY SHEA JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-14-0679-F |
| | ) |
| REECE LANE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner appearing *pro se*, seeks habeas relief in this action under 28 U.S.C. § 2254. Magistrate Judge Suzanne Mitchell entered a Report and Recommendation (the Report), doc. no. 9, recommending that the amended petition be dismissed without prejudice because plaintiff has failed to respond to court orders requiring petitioner to pay his $5 filing fee or submit a motion to proceed in forma pauperis, and requiring petitioner to resubmit and sign his amended habeas petition on the form enclosed by the magistrate judge. The Report further advised petitioner of his right to file an objection to the recommendations contained in the Report by October 5, 2014, and advised that failure to timely object waives the right to appellate review of both factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

With no objection having been filed, the court, after review, **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation of the magistrate judge.


This action is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

Dated this 28th day of October, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0679p001.wpd